# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**                                                   **Case Number**   10–20484–RGM

                                                                        **Chapter**   13

Tahanee Z Roberts

                            Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  February 26, 2015                            William C. Redden , Clerk
                                                                       United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 10-20484-RGM
Tahanee Z Roberts                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd            Page 1 of 2           Date Rcvd: Feb 26, 2015
                              Form ID: ntc4008           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2015.
db          +Tahanee Z Roberts,    208 River Way Court, Apt. 101,    Owings Mills, MD 21117-5740
10525259    +ACPRE ACS Realty, LLC,    c/o Andrew G. Lawrence,    10619 Jones St., 3rd Fl,
              Fairfax, VA 22030-7509
10142692    +Aventine at Courthouse Square Apartments,    26 Davenport Road,    Stafford, VA 22554-7136
10142693    +CMI,    4200 International,    Carrollton, TX 75007-1930
10142694    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas,    PO Box 742529,    Cincinnati, OH 45274-0000)
10142697    ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0000)
10142698    +ER Solutions,    500 SW 7th St,    Renton, WA 98057-2983
10142699    +Family Dental Care for No Va,    4660 Kenmore Ave., Ste 320,    Alexandria, VA 22304-1306
10142700    +Gastro. and Hep. Associates,    4660 Kenmore Ave,    Suite 810,    Alexandria, VA 22304-1300
10142701    +HSBC Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
10142702    +Loudoun Medical Group,    PO Box 17334,    Baltimore, MD 21297-1334
10142703    +National Adjustment Services,    168 E. Belt Blvd,    Richmond, VA 23224-1204
10142704    +Potomac Center,    5276 Dawes Ave,    Alexandria, VA 22311-1482
10142705    +RA Rogers Inc.,    PO Box 3302,    Crofton, MD 21114-0302
10142707    +Va Dept of Motor Vehicles,    PO Box 27412,    Richmond, VA 23269-7412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@bass-associates.com Feb 27 2015 02:14:55     Capital One, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr           +E-mail/Text: bnc@bass-associates.com Feb 27 2015 02:14:54     HSBC Bank Nevada, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
10142691    +E-mail/Text: g20956@att.com Feb 27 2015 02:15:28     AT&T Mobility,    PO Box 536216,
              Atlanta, GA 30353-6216
10205340     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2015 02:13:18     B-Line, LLC,
              MS 550,   PO Box 91121,    Seattle, WA 98111-9221
11287108    +E-mail/Text: bnc@bass-associates.com Feb 27 2015 02:14:54     Capital One, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
10142695    +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Feb 27 2015 02:15:26     Comcast,
              PO Box 3006,   Southeastern, PA 19398-3006
10142696    +E-mail/Text: bankruptcy@consumerportfolio.com Feb 27 2015 02:15:16
              Consumer Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
10904092    +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2015 02:13:23
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
10183302    +E-mail/Text: bnc@bass-associates.com Feb 27 2015 02:14:54     HSBC Bank Nevada, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
10939872     E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Feb 27 2015 02:15:17
              JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302
10142706     E-mail/Text: appebnmailbox@sprint.com Feb 27 2015 02:15:08     Sprint,    PO Box 4191,
              Carol Stream, IL 60197-0000
10196015     E-mail/Text: appebnmailbox@sprint.com Feb 27 2015 02:15:08     Sprint Nextel  Correspondence,
              Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
10196016     E-mail/Text: appebnmailbox@sprint.com Feb 27 2015 02:15:09     Sprint Nextel Distribution,
              Attn Bankruptcy Dept,    PO Box 3326,    Englewood CO 80155-3326
12357994    +E-mail/Text: bnc@bass-associates.com Feb 27 2015 02:14:55     eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               GREENVILLE, SC 29602-0288
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
              ST CLOUD, MN  56302-9617)
cr*          +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft Lowell, Suite 200,
               TUCSON, AZ 85712-1083
10203144*    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Virginia,    200 Civic Center Dr., 11th Floor,
              Columbus, OH  43215)
10192015*    +CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA 92619-7071
10142689     ##+American Collections Ent,    6094D Franconia Road,    Alexandria, VA 22310-4433
10142690     ##Association of Radiologists,    PO Box 658,    Baltimore, MD 21203-0658
                                                                                  TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-9          User: williamsd              Page 2 of 2                  Date Rcvd: Feb 26, 2015
                              Form ID: ntc4008             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2015 at the address(es) listed below:
```
              Nathan Dee Baney    on behalf of Debtor Tahanee Z Roberts omacias@siplfirm.com, baneyecf@gmail.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                             TOTAL: 4
```